**Ivan Vernord CLEVELAND, Plaintiff–Appellant,**

v.

**Phuc T. LAM, Dr., Defendant–Appellee,**

**J. CHUDY, et al., Defendants.**

**No. 12–15900.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 2, 2013.

Ivan Vernord Cleveland, Soledad, CA, pro se.

Susan Eileen Coleman, Esquire, Senior Litigation, Martin Kosla, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

California state prisoner Ivan Vernord Cleveland appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference and other claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment on Cleveland's deliberate indifference claim because, even assuming that his coughing disorder and lipomas

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

constituted serious medical conditions, Cleveland failed to raise a genuine dispute of material fact as to whether defendant Lam consciously disregarded any risk they posed to Cleveland's health. *See Farmer v. Brennan,* 511 U.S. 825, 833–35, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (setting forth elements of deliberate indifference); *Toguchi,* 391 F.3d at 1057–58 (explaining that neither prisoner's difference of opinion with prison medical authorities regarding treatment, nor negligence in diagnosing or treating a medical condition, gives rise to a § 1983 claim).

Cleveland's contentions regarding the district court's alleged failure to review all the evidence, and defendant Lam's alleged attempts to intimidate him during this litigation, are unpersuasive.

**AFFIRMED.**

---

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.